UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


RECEIVED
MAY 17 PM 12:5?

LaSonya Epps
4628 Jonquil lane
Mphs Tenn 38109
(Name of plaintiff or plaintiffs)

v.     CIVIL ACTION NO._____

Family Home Health Care Agency
1180 Minna Place
Mphs Tenn 38104
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, LaSonya Epps
(name of plaintiff)

is a citizen of the United States and resides at 4628 Jonquil lane
(street address)

Mphs         United States         Tenn
(city)        (country)            (state)

38109                        901 643-9283
(zip code)                   (telephone number)

Revised 4-18-08

3. Defendant _Family Home Health Care_
(defendant's name)
lives at, or its business is located at _1180 Minna Place_
(street address)
_Mphis Tenn 38104_

4. Plaintiff sought employment from the defendant or was employed by the defendant at
_1180 Minna Place_
(street address)
_Mphis_   _United States_   _Tenn_   _38109_
(city)   (country)   (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _12_   _01_   _2012_
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _30th_ _4 - 2012_. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: _Plaintiff was caretaker for company working inside clients home, and was (sexual harass/sexual assault) by client. The company investigated with no proof, only verbal proof from both sides and made decision to allow plaintiff to leave under unemployment which was approved._

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) ____ are no longer being committed by defendant.

    (c) _✓_ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) _✓_ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ____ Defendant be directed to _pay plaintiff backpay from last check received_

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.    I would like to have my case tried by a jury. Yes ( ) No (✓)

_DaSonya Epps_
SIGNATURE OF PLAINTIFF