UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LASONYA EPPS,<br>　　　　Plaintiff,<br>v.<br><br>THE DR. JAMES S. HAYES, LIVING<br>HEALTH CARE AGENCY, INC.,<br>　　　　Defendant. | Case No. 2:12-cv-02378-JTF-dkv |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal Without Prejudice entered on October 10, 2012, this matter is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  Judgment entered in favor of the Defendant.

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

October 16, 2012                                                      /s/Thomas M. Gould
Date                                                                               Clerk of Court

                                                                                      /s/ Erica M. Evans
                                                                                      (By)  Deputy Clerk